THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CINDY CHAVES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRISE AUTO & INSURANCE AGENCY, INC., a foreign corporation, and IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendants. | No. 2:16-cv-01522-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**Noted for: April 27, 2017** |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 27th day of April, 2017.

By /s/Lesli S. Wood
Lesli S. Wood, WSBA No. 36643
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
Phone: (206) 623-4100 / Fax: (206) 623-9273
Email: wood@wscd.com
Attorneys for Defendants

---

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:16-cv-01522-RSL) – 1
sj/LSW1243.758/2529052x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  DATED this 23<u>rd</u> day of April, 2017.

2

3             By <u>/s/D. Michael Tomkins (see attached)</u>
              D. Michael Tomkins, WSBA No. 4979
4             Law Offices of D. Michael Tomkins
              9512 Stone Ave. N.
5             Seattle, WA 98103
6             Phone: (206) 547-1000 / Fax: (206) 297-5990
              Email: aadmt@aol.com
7             Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:16-cv-01522-RSL) – 2
sj/LSW1243.758/2529052x



WILSON      901 FIFTH AVENUE, SUITE 1700
SMITH       SEATTLE, WASHINGTON 98164
COCHRAN     TELEPHONE: (206) 623-4100
DICKERSON   FAX: (206) 623-9273

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 2nd day of May, 2017

_____
JUDGE/~~COURT COMMISSIONER~~

Presented by:

By /s/Lesli S. Wood
   Lesli S. Wood, WSBA No. 36643
   Wilson Smith Cochran Dickerson
   901 Fifth Avenue, Suite 1700
   Seattle, WA 98164-2050
   Phone: (206) 623-4100 / Fax: (206) 623-9273
   Email: wood@wscd.com
   Attorneys for Defendant Ameriprise

Approved as to form; notice of
presentation waived:

By /s/D. Michael Tomkins (see attached)
   D. Michael Tomkins, WSBA No. 4979
   Law Offices of D. Michael Tomkins
   9512 Stone Ave. N.
   Seattle, WA 98103
   Phone: (206) 547-1000 / Fax: (206) 297-5990
   Email: aadmt@aol.com
   Attorneys for Plaintiff Chaves

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:16-cv-01522-RSL) – 3
sj/LSW1243.758/2529052x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273